IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA
San Francisco

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Docket Number: CR 05-00015-01 CRB |
| | ) | |
| Richard D Mallory | ) | |

### ORDER RELEASING DEFENDANT FROM CUSTODY AND MODIFICATION OF SUPERVISED RELEASE

On November 8, 2006, the parties in this matter appeared before the Court in connection with a pending petition alleging that the defendant violated the conditions of his supervised release.

The Court hereby orders that the defendant shall be released from the custody of the United States Marshals Service immediately. The defendant's supervised release is modified to include up to 12 months in a Clean and Sober Residential Environment. The defendant is ordered to report, as directed by his probation officer, to a Clean and Sober Residential Environment within 24 hours of release from custody. He shall reside at the Clean and Sober Residential Environment at all times except as directed by his probation officer.

Date: November 8, 2007

Charles R. Breyer
U.S. District Judge